450 A.2d 1034

Commonwealth v. Dorsey, Appellant.

588

Submitted September 22, 1981. William A. Fetterhoff, Assistant Public Defender, for appellant; Marion E. Mac Intyre, First Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence is affirmed.